```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-23071-Civ-HUCK
                              MAGISTRATE JUDGE P.A. WHITE
ALBERTO U. MATEO,             :

      Petitioner,             :

v.                            :        REPORT OF
                                       MAGISTRATE JUDGE
WALTER MCNEIL,                :

      Respondent.             :
_____
```

Alberto Mateo filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, attacking his conviction and sentence in case number F95-7859, entered in the Circuit Court of the Eleventh Judicial Circuit in Miami-Dade County.

This cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2254 Cases in the United States District Courts.

The Respondent filed a response with this Court on December 22, 2008, asserting the petition was untimely. At that time, Mateo was being held at the South Florida Reception Center. However, a telephonic inquiry to the Department of Corrections reveals that the Petitioner died on February 3, 2009. The Petitioner's death has rendered this habeas corpus proceeding moot.

It is therefore recommended that this petition for writ of habeas corpus be dismissed as moot.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

SIGNED this 18th_ day of June, 2009.

                                             UNITED STATES MAGISTRATE JUDGE

cc:   Alberto U. Mateo, pro se
      DC# B01192
      South Florida Reception Center
      13910 NW 41 Street
      Doral, FL 33178-3014

      Timothy R.M. Thomas, AAG
      Office of the Attorney General
      Department of Legal Affairs
      444 Brickell Ave., Suite 650
      Miami, FL 33131