UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23071-CIV-HUCK/WHITE

ALBERTO U. MATEO,

    Petitioner,

vs.

WALTER MCNEIL,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. #1]. The Honorable Patrick A. White, United States Magistrate Judge, issued a Report on the petition [D.E. #12], filed on June 22, 2009, recommending that the proceeding is now moot because the Petitioner is deceased.

The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report is ADOPTED, the petition for writ of habeas corpus is DISMISSED AS MOOT, and the case is CLOSED.

DONE AND ORDERED in chambers, Miami, Florida, June 29, 2009.

_____
PAUL C. HUCK
United States District Judge

Copies to:
Magistrate Judge Patrick A. White
All Counsel of Record